**Paul Thomas GERIK, Petitioner–Appellant,**

v.

**Doug DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 04–10762.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 27, 2006.

Paul Thomas Gerik, Snyder, TX, pro se.

Toni Raven Estaville, Office of the Attorney General for The State of Texas, Austin, TX, for Respondent–Appellee.

Before KING, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM: *

Paul Thomas Gerik, Texas prisoner # 905560, appeals the district court's denial of his 28 U.S.C. § 2254 application challenging the Board of Pardons and Paroles's denial of his release on mandatory supervision. The respondent has moved to dismiss Gerik's appeal as moot and to supplement the record on appeal.

During the pendency of this appeal, Gerik was reclassified as being eligible for release on mandatory supervision and later released on mandatory supervision. As Gerik has received all of the relief he was seeking in his § 2254 application, his appeal is moot. *See McRae v. Hogan,* 576 F.2d 615, 616–17 (5th Cir.1978). Accordingly, the motion to supplement the record is granted, the motion to dismiss is granted, and this appeal is dismissed as moot.

MOTION TO SUPPLEMENT THE RECORD GRANTED; MOTION TO DISMISS GRANTED; APPEAL DISMISSED AS MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.